

# NUMBER 13-22-00309-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**RALPH PADRON AND ALL OCCUPANTS,**                    **Appellants,**

**v.**

**MARIA E. CHAPA,**                    **Appellee.**

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Hinojosa**

This cause is before the Court on its own motion. On July 11, 2022, appellant filed a notice attempting to appeal the trial court's judgment, signed on June 7, 2022. We now dismiss this appeal for want of jurisdiction.

On July 13, 2022, the Clerk of the Court notified appellant that the appeal has not been timely perfected, so that steps could be taken to correct the defect, if it could be

done. Appellant was advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal would be dismissed. Appellant has failed to cure the defect and failed to respond to this Court's notices.

The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a)(c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
18th day of August, 2022.

2